JORDAN S. ALTURA  (SBN:  209431)
TINO X. DO  (SBN:  221346)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
jaltura@gordonrees.com
tdo@gordonrees.com

Attorneys for Defendant
CONNECTICUT GENERAL LIFE INSURANCE COMPANY

Kirk J. Wolden, SBN 138902
CARTER WOLDEN CURTIS, LLP
1111 Exposition Blvd., Suite 602
Sacramento, CA 95815
Telephone:  (916) 567-1111
Facsimile:  (916) 567-1112
kirk@cwclawfirm.com

Eamon P. Kelly (*Pro Hac Vice* Admission to be sought)
Nathan A. Shev (*Pro Hac Vice* Admission to be sought)
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone:  (312) 641-3200
Facsimile:  (312) 641-6492
ekelly@sperling-law.com
nshev@sperling-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC D/B/A ANGEL MEDFLIGHT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY<br><br>Defendant. | CASE NO.  4:16-cv-00035-WHA<br>Order Re:<br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE TO RESPOND TO COMPLAINT (CIVIL L.R. 16(e) AND 6-1(a))**<br><br>Complaint Filed: January 11, 2016 |

Order re:
-1-     Case No. 4:16-cv-00035-WHA
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
AND EXTEND DEADLINE TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

The parties hereto, Plaintiffs AVIATION WEST CHARTERS, LLC d/b/a ANGEL MEDFLIGHT and ERIN GAAL (collectively "Plaintiffs") and Defendant CONNECTICUT GENERAL LIFE INSURANCE COMPANY ("CIGNA"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on January 5, 2016, and served CIGNA with the Summons and Complaint on January 8, 2016.

WHEREAS, following joint stipulations, CIGNA's current deadline to file a response to the Complaint is March 2, 2016.

WHEREAS, the Parties have agreed to conduct an early mediation on March 31, 2016 with Judge Edward Infante (Ret.) to attempt to resolve this case and potentially resolve other, related claim disputes in their entirety.

WHEREAS, given the complexities of this case and the other disputes, the Parties agree that sufficient time should be allowed post-mediation to permit resolution efforts to continue and, if the Parties are unable to resolve their disputes, to allow CIGNA adequate time to prepare its response to the Complaint.

WHEREAS, the Plaintiffs have agreed to extend CIGNA's deadline to file a response to the Complaint to April 22, 2016, provided this date will not interfere with any deadline previously set by the Court.

WHEREAS, this Court scheduled the Initial Case Management Conference on Reassignment for April 14, 2016.

WHEREAS, the Parties request the Court to continue the Initial Case Management Conference to April 28, 2016 to complete early resolution efforts and, if these efforts are unsuccessful, to permit CIGNA to file a responsive pleading in advance of the Case Management Conference.

IT IS HEREBY STIPULATED by and between Plaintiffs and CIGNA through their respective counsel of record that the deadline for CIGNA to file a responsive pleading is

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  extended up to April 22, 2016, and that the Court continue the Initial Case Management
2  Conference to April 28, 2016.
3       IT IS SO STIPULATED

5  Dated: March 2, 2016               CARTER WOLDEN CURTIS, LLP

                                    By  */s/ Kirk J. Wolden*
                                          Kirk J. Wolden
Attorneys for Plaintiffs
AVIATION WEST CHARTERS, LLC d/b/a
ANGEL MEDFLIGHT and ERIN GAAL

Dated: March 2, 2016               GORDON & REES LLP

                                    By  */s/ Jordan S. Altura*
                                          Jordan S. Altura
                                          Tino X. Do
Attorneys for Defendant
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

**ATTESTATION OF E-FILED SIGNATURE**

    I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Joint Stipulation to Continue Initial Case Management Conference and Extend Deadline to Respond to Complaint.  In compliance with Local Rule 5-1(i), I hereby attest that Kirk J. Wolden, counsel for Plaintiffs, has concurred in this filing.

Dated:  March 2, 2016          */s/ Jordan S. Altura*
                                                 Jordan S. Altura

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1114817/27000634v.1

Order re:
-4-
Case No. 4:16-cv-00035-WHA
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE TO RESPOND TO COMPLAINT

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference is continued to April 28, 2016 at 11:00 a.m.  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

IT IS FURTHER ORDERED that Defendant Connecticut General Life Insurance Company file its response to Plaintiffs' Complaint by April 22, 2016 in the event this case is not resolved at mediation.

Dated: ___March 10, 2016.___   _____
Hon. William Alsup
United States District Judge

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

Order re:
JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE TO RESPOND TO COMPLAINT

-5-   Case No. 4:16-cv-00035-WHA