JORDAN S. ALTURA (SBN: 209431)
TINO X. DO (SBN: 221346)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
jaltura@gordonrees.com
tdo@gordonrees.com

Attorneys for Defendant
CONNECTICUT GENERAL LIFE INSURANCE COMPANY

Kirk J. Wolden, SBN 138902
CARTER WOLDEN CURTIS, LLP
1111 Exposition Blvd., Suite 602
Sacramento, CA 95815
Telephone: (916) 567-1111
Facsimile: (916) 567-1112
kirk@cwclawfirm.com

Eamon P. Kelly (*Pro Hac Vice* Admission to be sought)
Nathan A. Shev (*Pro Hac Vice* Admission to be sought)
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312) 641-6492
ekelly@sperling-law.com
nshev@sperling-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC D/B/A ANGEL MEDFLIGHT, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY<br><br>Defendant. | CASE NO. 3:16-cv-00035-WHA<br>Order re:<br>**JOINT STIPULATION TO FURTHER EXTEND DEADLINE TO RESPOND TO COMPLAINT (CIVIL L.R. 16(e) AND 6-1(a))**<br><br>Complaint Filed: January 11, 2016 |

Order re:                                    -1-                    Case No. 4:16-cv-00035-WHA
JOINT STIPULATION TO FURTHER EXTEND DEADLINE
TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

The parties hereto, Plaintiffs AVIATION WEST CHARTERS, LLC d/b/a ANGEL MEDFLIGHT and ERIN GAAL (collectively "Plaintiffs") and Defendant CONNECTICUT GENERAL LIFE INSURANCE COMPANY ("CIGNA"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on January 5, 2016, and served CIGNA with the Summons and Complaint on January 8, 2016.

WHEREAS, following joint stipulations, CIGNA's deadline to file a response to the Complaint was extended to April 22, 2016, based on the Parties' agreement to conduct an early mediation on March 31, 2016 with Judge Edward Infante (Ret.) to attempt to resolve this case and potentially resolve other, related claim disputes in their entirety.

WHEREAS, following entry of the Court's March 10, 2016 order continuing the initial Case Management Conference and CIGNA's responsive pleading filing deadline, the Parties engaged in further discussions concerning the scope of and process for mediation and ultimately agreed that they will attempt to resolve thirteen (13) distinct, disputed claims at the mediation, including this matter.

WHEREAS, given the time required for the Parties to reach an agreement on which claims would be addressed at the mediation, and the complexities of the thirteen disputed claims that will be at issue, it has taken longer than anticipated to prepare for the mediation, and the Parties agreed to move the mediation date to May 4, 2016 to allow sufficient time to adequately prepare and ensure a meaningful attempt at resolution.

WHEREAS, the Parties are simultaneously filing with this Stipulation their Rule 26 joint report, but agree that sufficient time should be allowed post-mediation to permit resolution efforts to continue and, if the Parties are unable to resolve their disputes, to allow CIGNA adequate time to prepare its response to the Complaint.

WHEREAS, the Plaintiffs have agreed to further extend CIGNA's deadline to file a response to the Complaint to May 18, 2016 (two weeks after the mediation).

WHEREAS, the Parties respectfully submit that they do not believe the continuance of CIGNA's responsive pleading filing deadline will interfere with any deadline previously set by the Court, and they will be prepared to discuss all issues required under Rule 26 at the April 28, 2016 Initial Case Management Conference.

IT IS HEREBY STIPULATED by and between Plaintiffs and CIGNA through their respective counsel of record that the deadline for CIGNA to file a responsive pleading is extended up to May 18, 2016.

IT IS SO STIPULATED

Dated: April 21, 2016     CARTER WOLDEN CURTIS, LLP

By   */s/ Kirk J. Wolden*
    Kirk J. Wolden
Attorneys for Plaintiffs
AVIATION WEST CHARTERS, LLC d/b/a
ANGEL MEDFLIGHT and ERIN GAAL

Dated: April 21, 2016     GORDON & REES LLP

By   */s/ Tino X. Do*
    Jordan S. Altura
    Tino X. Do
Attorneys for Defendant
CONNECTICUT GENERAL LIFE INSURANCE COMPANY

**ATTESTATION OF E-FILED SIGNATURE**

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Joint Stipulation to Further Extend Deadline to Respond to Complaint. In compliance with Local Rule 5-1(i), I hereby attest that Kirk J. Wolden, counsel for Plaintiffs, has concurred in this filing.

Dated: April 21, 2016                           */s/ Tino X. Do*
                                                           Tino X. Do

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

Order re:                    -4-             Case No. 4:16-cv-00035-WHA
JOINT STIPULATION TO FURTHER EXTEND DEADLINE
TO RESPOND TO COMPLAINT

# **PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Connecticut General Life Insurance Company file its response to Plaintiffs' Complaint by May 18, 2016 in the event this case is not resolved at the May 4, 2016 mediation.

Dated: April 22, 2016.

_____
Hon. William Alsup
United States District Judge

Order re:   -5-   Case No. 4:16-cv-00035-WHA
JOINT STIPULATION TO FURTHER EXTEND DEADLINE
TO RESPOND TO COMPLAINT

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1114817/27735135v.1