IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC D/B/A/ ANGEL MEDFLIGHT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE CO.,<br><br>Defendant. | No. C 16-00035 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The parties in this ERISA action filed a notice stating that they have settled the action and seek to vacate all pending due dates and hearings while they finalize their settlement and release agreement, which they expect to complete by July 1, 2016. The deadline to complete private mediation (May 31) is hereby **VACATED**. All other deadlines remain in place.

The parties shall please keep in mind that the Court will only retain jurisdiction over this matter for up to ninety days following a stipulated dismissal and only if the parties submit to the Court terms of any settlement agreement.

**IT IS SO ORDERED.**

Dated: May 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE